**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,   Civil Action No.: 10-13471
                            HON. PATRICK J. DUGGAN
    Plaintiff,
v.
PAUL G. MACHESKY
    Defendant.
_____/

## CONSENT JUDGMENT

Having reviewed the stipulation herein below, and being otherwise advised in the matter;

**IT IS ORDERED** that judgment be and hereby is entered in favor of the United States of America and against Defendant, Paul G. Machesky, in the amount of $24,554.62 as of August 31, 2010, plus a $350.00 filing fee as permitted by 28 U.S.C. §2412(a)(2), plus pre-judgment interest from August 31, 2010, to entry of judgment, minus all payments made between filing of complaint and judgment, with post-judgment interest to run at the legal rate in effect on such date pursuant to 28 U.S.C. §1961.

| | |
|---|---|
| s/ Deborah A. Winslow | s/with consent of Paul G. Machesky |
| Shermeta, Adams & Von Allmen, P.C. | Paul G. Machesky |
| Attorney for Plaintiff | Defendant in Pro Per |
| P.O. Box 80883 | 2229 Burger St. |
| Rochester Hills, MI 48308 | Dearborn, MI 48128 |
| (248) 519- 1700 | |
| dbanfill@shermeta.com | |
| (P63179) | |

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: September 16, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 16, 2010, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager